# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.
        Plaintiff(s)


        v.                                      Civil Action No.  CA 10-0985(FJS)



U.S. ENVIRONMENTAL PROTECTION AGENCY,
ET AL.


        Defendant(s)



## JUDGMENT

Pursuant to the Order signed November 1, 2012 by Judge Frederick J. Scullin, Jr. United

States District Judge for the Northern District of New York, sitting by designation,

IT IS ORDERED AND ADJUDGED that judgment is entered for defendants,

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND LISA**

**JACKSON,** against the plaintiffs, **CENTER FOR BIOLOGICAL DIVERSITY,**

**CENTER FOR FOOD SAFETY, FRIENDS OF THE EARTH, INTERNATIONAL**

**CENTER FOR TECHNOLOGY ASSESSMENT AND OCEANA;**  and it is,

FURTHER ORDERED that this action is hereby dismissed.


ANGELA CAESAR, Clerk



By: /s/ Joseph E. Burgess

Deputy Clerk